UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Vicki Piontek | : | |
| Plaintiff | : | |
| | : | 10-cv-2252 |
| v. | : | |
| | : | |
| Central Credit Services | : | |
| Defendants | : | |

JOINT STIPULATION OF DISMISSAL AS TO
ALL DEFENDANTS

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41, that the within matter is dismissed with prejudice and without costs as to all Defendants.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| STOLTZ LAW FIRM | KUTAK ROCK, LLP |
| /s/ Robert J. Stoltz | /s/ Michael E. Brown, Esq. |
| Robert J. Stoltz, Esq.<br>P.O. Box 1510<br>Rolla, MO  65402<br>P: (573) 364-3526<br>E: robertjstoltz@gmail.com | Michael E. Brown, Esq.<br>1010 Grand Boulevard, Suite 500<br>Kansas City, MO  64106<br>P: (816) 960-0090<br>F: (816) 960-0041<br>mike.brown@kutakrock.com |

Dated: July 14, 2011

And now, this _____ day of _____, 2011, the above Stipulation is approved.

BY THE COURT:

_____
Hon. Frederick R. Buckles

4816-5880-3210.1