```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

VICKI PIONTEK,                          )
                                        )
        Plaintiff,                     )
                                        )
  v.                                    ) Case No. 4:10CV2252 FRB
                                        )
CENTRAL CREDIT SERVICES, a/k/a          )
CENTRAL CREDIT SERVICES, INC.,          )
                                        )
        Defendant.                     )

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation Of Dismissal As To All Defendants (Docket No. 11), filed and signed by counsel for both parties,

**IT IS HEREBY ORDERED** that all of plaintiff Vicki Piontek's claims against defendant Central Credit Services, a/k/a Central Credit Services, Inc., are dismissed with prejudice.

_____
Frederick R. Buckles
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of July, 2011.